# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1376

_____

ANDREA ORTIZ,

Petitioner,

v.

UNIVERSITY OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

January 23, 2024

PER CURIAM.

DISMISSED.

ROBERTS, ROWE, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andrea Ortiz, pro se, Petitioner.

No appearance for Respondent.